Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HERMAN A. TUREAUD,
    Plaintiff,

v.                                                                 Case No.: 3:07cv138/RV/EMT

FEDERAL BUREAU OF PRISONS, et al.,
    Defendants.
_____/

## O R D E R

    Plaintiff, a prisoner proceeding pro se, has filed a civil rights complaint (Doc. 1) and a prisoner consent form and financial certificate, which this court will construe as a motion to proceed in forma pauperis (Doc. 2). Plaintiff states he currently has the sum of $ 857.15 in his bank account (*see* Doc. 2 at 2). As the filing fee for a civil rights action is $350.00, and as Plaintiff is incarcerated in a correctional facility and therefore has no living expenses, Plaintiff will be required to pay the fee.

    Accordingly, it is **ORDERED**:

    Plaintiff's prisoner consent form and financial certificate, construed as a motion to proceed in forma pauperis (Doc. 2) is **DENIED**. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall submit payment of $350.00 to the clerk of this court. The check or money order should be made payable to "Clerk, U.S. District Court." Failure of Plaintiff to either submit this amount or explain his inability to do so may result in a recommendation to the District Court that this case be dismissed.

    **DONE AND ORDERED** this 2nd day of April 2007.

                                                          /s/ *Elizabeth M. Timothy*
                                                        **ELIZABETH M. TIMOTHY**
                                                        **UNITED STATES MAGISTRATE JUDGE**