IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HERMAN A. TUREAUD,
    Plaintiff,

vs.	Case No.: 3:07cv138/RV/EMT

FEDERAL BUREAU OF PRISONS, et al.,
    Defendants.
_____/

**O R D E R**

This matter is before the court upon referral from the clerk. Plaintiff was denied leave to proceed in forma pauperis in this civil rights action (*see* Doc. 5). Thereafter, Plaintiff filed a notice of interlocutory appeal (Doc. 6), and on May 22, 2007, the United States Court of Appeals for the Eleventh Circuit dismissed Plaintiff's appeal for lack of jurisdiction (*see* Doc. 15 at 2–3). *See also* Tureaud v. Fed. Bureau of Prisons, No. 07-11571-B, slip op. at 1–2 (11th Cir. May 22, 2007) (per curium). Thus, Plaintiff must pay the filing fee in order to proceed with this case; however, Plaintiff shall be given thirty (30) days from the date of the docketing of this order to pay the filing fee.

Accordingly, it is **ORDERED**:

1.    Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall submit payment of $350.00 to the clerk of this court. The check or money order should be made payable to "Clerk, U.S. District Court."

2.    Failure of Plaintiff to comply with this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 5th day of June 2007.

                            /s/ *Elizabeth M. Timothy*
                            **ELIZABETH M. TIMOTHY**
                            **UNITED STATES MAGISTRATE JUDGE**